# EXHIBIT J-1

National Comprehensive Report



**Important:**   The Public Records and commercially available data sources used on reports have errors.  Data is sometimes entered poorly, processed incorrectly and is generally not free from defect.  This system should not be relied upon as definitively accurate.  Before relying on any data this system supplies, it should be independently verified.  For Secretary of State documents, the following data is for information purposes only and is not an official record.  Certified copies may be obtained from that individual state´s Department of State.  The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:**  No Permissible Purpose
**Your GLBA Permissible Use:**  No Permissible Purpose

## National Comprehensive Report

**Date:** 03/22/16
**Reference Code:** 2057.0502

**Report Legend:**
S - Shared Address
D - Deceased
✔ - Probable Current Address

**Comprehensive Report Summary:**
Names Associated With Subject:
1 Found
Address(es) Found:
0 Verified and 7 Non-Verified Found

**Subject Information:  (Best Information for Subject)**
**Name:**  YANIRA RODRIGUEZ    DOB:10/xx/1977

**Names Associated With Subject:**

YANIRA RODRIGUEZ MARTINEZ  LexID: 2183645342 DOB: 10/xx/1977
xxx-xx-xxxx issued in Texas  between  1/1/1978  and  12/31/1979

**Address Summary:**

703 CHELSEA DR, MISSION TX 78573-8664, HIDALGO COUNTY ( 2012 -  2015)
6017 N 36TH ST, MCALLEN TX 78504-5049, HIDALGO COUNTY (May 2007 - Jun 2008)
3601 WILLOW SPRINGS RD APT 139, AUSTIN TX 78704-7262, TRAVIS COUNTY (Nov 1998 - Feb 2002)
2308 KLATTENHOFF DR, AUSTIN TX 78728-6722, TRAVIS COUNTY (Mar 2001 - Dec 2001)
12330 METRIC BLVD APT 3105, AUSTIN TX 78758-2527, TRAVIS COUNTY (Jan 2000 - Feb 2000)
3405 WILLOWRUN CV APT C, AUSTIN TX 78704-7388, TRAVIS COUNTY (Feb 1998)
3508 S 1ST ST APT 216, AUSTIN TX 78704-7020, TRAVIS COUNTY (Sep 1997)

**Active Address(es):**

[None Found]

**Previous And Non-Verified Address(es):**
703 CHELSEA DR, MISSION TX 78573-8664, HIDALGO COUNTY ( 2012 -  2015)
**Name Associated with Address:**
YANIRA RODRIGUEZ
**Current Residents at Address:**

National Comprehensive Report

**Property Ownership Information for this Address**
    **Property:**
      Parcel Number - C4127-00-000-0003-00
      Owner Name: YANIRA RODRIGUEZ  LexID: 2183645342
      Owner Name 2: ALEJANDRO G MARTINEZ
      Property Address: - 703 CHELSEA DR, MISSION TX 78573-8664, HIDALGO COUNTY
      Sale Date - 04/03/2012
      Sale Price - $219,027
      Subdivision Name - CHELSEA ESTATES
      Total Market Value - $391,458
      Assessed Value - $391,458
      Land Value - $63,901
      Improvement Value - $327,557
      Land Size - 38,729 Square Feet
      Year Built - 1992
      Seller Name: FEDERAL NATL MTG ASSN FNMA
      Legal Description - CHELSEA ESTATES LOT 3
      Loan Amount - $216,859
      Loan Type - FEDERAL HOUSING AUTHORITY
      Lender Name - CASTLE & COOKE MTG LLC
      Data Source - A
6017 N 36TH ST, MCALLEN TX 78504-5049, HIDALGO COUNTY (May 2007 - Jun 2008)
    **Name Associated with Address:**
      YANIRA RODRIGUEZ
      **Current Residents at Address:**

**Property Ownership Information for this Address**
    **Property:**
      Parcel Number - A5910-00-000-0029-00
      Owner Name: MARIA DELCARMEN RODRIGUEZ  LexID: 609184676
      Property Address: - 6017 N 36TH ST, MCALLEN TX 78504-5049, HIDALGO COUNTY
      Subdivision Name - ARTHUR TERRACE
      Total Market Value - $117,176
      Assessed Value - $117,176
      Land Value - $37,125
      Improvement Value - $80,051
      Land Size - 8,250 Square Feet
      Year Built - 1987
      Legal Description - ARTHUR TERRACE LOT 29
      Data Source - A
3601 WILLOW SPRINGS RD APT 139, AUSTIN TX 78704-7262, TRAVIS COUNTY (Nov 1998 - Feb 2002)
    **Name Associated with Address:**

**Property Ownership Information for this Address**
    **Property:**
      Parcel Number - 312556
      Owner Name: WOODWILLOW TOWNHOMES LTD
      Property Address: - 3601 WILLOW SPRINGS RD, AUSTIN TX 78704-8945, TRAVIS COUNTY
      Sale Date - 07/11/2000
      Sale Price - $2,476,061
      Subdivision Name - WOODWILLOW ADD
      Total Market Value - $3,735,643
      Assessed Value - $3,735,643
      Land Value - $276,455
      Improvement Value - $3,459,188
      Land Size - 110,581 Square Feet

National Comprehensive Report

    Year Built - 1983
    Seller Name: WOODWILLOW ASSOCIATES
    Legal Description - LOT 8 WOODWILLOW ADDN
    Loan Amount - $1,861,700
    Loan Type - CONVENTIONAL
    Lender Name - * OTHER INSTITUTIONAL LENDERS
    Data Source - A

2308 KLATTENHOFF DR, AUSTIN TX 78728-6722, TRAVIS COUNTY (Mar 2001 - Dec 2001)

**Name Associated with Address:**
    YANIRA RODRIGUEZ

**Current Residents at Address:**

**Property Ownership Information for this Address**

**Property:**
    Parcel Number - 02722021060000
    Owner Name: JOHN VANOVERLOOP  LexID: 12998893860
    Property Address: - 2308 KLATTENHOFF DR, AUSTIN TX 78728-6722, TRAVIS COUNTY
    Owner Address: 2308 KLATTENHOFF DR, AUSTIN TX 78728-6722, TRAVIS COUNTY
    Subdivision Name - WELLS BRANCH PHS D SEC 1
    Total Market Value - $119,934
    Assessed Value - $119,934
    Land Value - $40,000
    Improvement Value - $79,934
    Land Size - 4190 SF
    Year Built - 1984
    Legal Description - LOT 16 BLK F WELLS BRANCH PHS D SEC 1
    Data Source - B

12330 METRIC BLVD APT 3105, AUSTIN TX 78758-2527, TRAVIS COUNTY (Jan 2000 - Feb 2000)

**Name Associated with Address:**
    YANIRA RODRIGUEZ

**Property Ownership Information for this Address**

**Property:**
    Parcel Number - 264711
    Owner Name: VR WATERS EDGE LIMITED
    Property Address: - 12330 METRIC BLVD, AUSTIN TX 78758-2584, TRAVIS COUNTY
    Sale Date - 03/25/2008
    Subdivision Name - VILLAGE AT WALNUT CREEK PH 02
    Total Market Value - $9,910,000
    Assessed Value - $9,910,000
    Land Value - $1,009,589
    Improvement Value - $8,900,411
    Land Size - 288,454 Square Feet
    Year Built - 1985
    Seller Name: VENTERRA AT WATERS EDGE
    Legal Description - LOT 1 VILLAGE AT WALNUT CREEK PHS 2 SEC 4
    Data Source - A

3405 WILLOWRUN CV APT C, AUSTIN TX 78704-7388, TRAVIS COUNTY (Feb 1998)

**Name Associated with Address:**
    YANIRA RODRIGUEZ

**Property Ownership Information for this Address**

**Property:**
    Parcel Number - 312451
    Owner Name: CLINT P CREADO  LexID: 536225518
    Owner Name 2: LARISSA G CREADO  LexID: 536283920
    Property Address: - 3405 WILLOWRUN CV, AUSTIN TX 78704-7497, TRAVIS COUNTY
    Owner Address: 15126 GERKIN AVE, LAWNDALE CA 90260-2302, LOS ANGELES COUNTY
    Sale Date - 07/27/2006
    Sale Price - $189,525
    Subdivision Name - WILLOW SPGS SEC 01
    Total Market Value - $186,039
    Assessed Value - $186,039
    Land Value - $80,000
    Improvement Value - $106,039
    Land Size - 9,226 Square Feet
    Year Built - 1973
    Seller Name: ENRIQUE C FLORES  LexID: 825661367
    Legal Description - LOT 7 BLK B WILLOW SPRINGS SEC 1
    Loan Amount - $142,500

National Comprehensive Report

Loan Type - CONVENTIONAL
Lender Name - E TRADE MTG CORP
Data Source - A
3508 S 1ST ST APT 216, AUSTIN TX 78704-7020, TRAVIS COUNTY (Sep 1997)
**Name Associated with Address:**
YANIRA RODRIGUEZ
**Property Ownership Information for this Address**
**Property:**
Parcel Number - 04070602010000
Owner Name: FIRST VIEW
Owner Name 2: SPEARHEAD RIO GRANDE LLC & SPEARHEAD FIRSTVIEW LIMITED
Property Address: - 3508 S 1ST ST, AUSTIN TX 78704-7089, TRAVIS COUNTY
Owner Address: 2610 WOOLDRIDGE DR, AUSTIN TX 78703-2538, TRAVIS COUNTY
Subdivision Name - FREEWATER ADDN
Total Market Value - $3,800,000
Assessed Value - $3,800,000
Land Value - $1,266,855
Improvement Value - $2,533,145
Year Built - 1985
Legal Description - LOT 3 LESS E14.32FT AV OF BLK 2 FREEWATER ADDN
Data Source - B