United States District Court
Southern District of Texas
**ENTERED**
August 30, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| YANIRA RODRIGUEZ, *et al*, § § Plaintiffs, § VS. § STANDARD GUARANTY INSURANCE § COMPANY, § § Defendant. § | CIVIL ACTION NO. 7:16-CV-140 |

## ORDER

Having considered the Stipulation of Dismissal filed by Plaintiffs Yanira Rodriguez and Alejandro Martinez and Defendant Standard Guaranty Insurance Company, the Court is of the opinion that the Motion should be GRANTED.

It is therefore ORDERED that all claims and causes of action that Plaintiffs have asserted and/or could have asserted against Defendant Standard Guaranty Insurance Company in this lawsuit are DISMISSED WITH PREJUDICE, with each party to bear its own costs.

SO ORDERED this 30th day of August, 2016, at McAllen, Texas.

_____
Randy Crane
United States District Judge